DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Adams v. Overcash<br><br>Case below:<br>166 N.C. App. 763 | No. 610P04 | Defs' Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA04-109) | Denied<br>02/03/05 |
| A.H. Beck Found. Co. v. Jones Bros., Inc.<br><br>Case below:<br>166 N.C. App. 672 | No. 614P04 | 1. Def's and Third Party Plaintiff's (Jones Bros., Inc.) Notice of Appeal Based Upon a Constitutional Question (COA03-1431)<br><br>2. Def's and Third Party Plaintiff's (Jones Bros., Inc.) Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu 02/03/05<br><br>2. Denied 02/03/05 |
| Chatfield v. Wilmington Housing Fin. & Dev., Inc.<br><br>Case below:<br>166 N.C. App. 703 | No. 609P04 | 1. Plts' Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA04-44)<br><br>2. Def's Conditional Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. Denied 02/03/05<br><br>2. Dismissed as moot 02/03/05 |
| Clark v. Wal-Mart<br><br>Case below:<br>163 N.C. App. 686 | No. 321PA04 | 1. Defs' Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-435)<br><br>2. Defs' Motion to Amend Petition for Discretionary Review | 1. Allowed 02/03/05<br><br>2. Allowed 02/03/05 |
| Cunningham v. Sams<br><br>Case below:<br>167 N.C. App. 653 | No. 064P05 | Def's Motion for Temporary Stay (COA03-1719) | Allowed<br>**02/01/05** |
| Elliott v. County of Halifax<br><br>Case below:<br>166 N.C. App. 279 | No. 590PA04 | Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-1055) | Allowed<br>02/03/05 |
| Hill v. Hill<br><br>Case below:<br>166 N.C. App. 279 | No. 419P03-2 | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA03-970)<br><br>2. Plt's Petition for Discretionary Review Under N.C.G.S. § 7A-31<br><br>3. Defs' Motion to Dismiss Appeal | 1. ——<br><br>2. Denied 02/03/05<br><br>3. Allowed 02/03/05<br><br>**Martin, J. Recused** |